1 **Bruce A. Neilson #096952**
**7108 N. Fresno St. #410**
2 **Fresno, California 93720**
**Telephone (559) 432-9831**
3 **Facsimile (559) 432-1837**

4 **Attorney for Defendants**
 Armando Sanchez, Gary Agazarian and
5  Susan Agazarian

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| JOSE ACOSTA,<br><br>  Plaintiff,<br><br>vs.<br><br>ARMANDO SANCHEZ dba ECONOMY MUFFLERS; et al.,<br><br>  Defendants. | CASE NO. 1:18-cv-00459-AWI-SKO<br><br>STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER<br><br>(Doc. 8) |

 WHEREAS, a Mandatory Scheduling Conference in this matter is set 7/19/2018 at 09:30 AM in Courtroom 7 before Magistrate Judge Sheila K. Oberto (Dkt. 3);

WHEREAS, Defendants have filed their answer to the complaint in this matter. (Dkt. 7), however the parties believe the matter can be settled if a brief continuance is allowed to enable more settlement discussion without incurring the cost of preparing for and attending the scheduling conference, and to conserve the Court's resources;

NOW, THEREFORE, Plaintiff Jose Acosta and Defendants Armando Sanchez, Gary Agazarian and Susan Agazarian, by and through their respective counsel, stipulate to a continuance of the

Mandatory Scheduling Conference currently set for July 19, 2018 to a date at the Court's convenience on or after August 19, 2018, to allow time for the parties to resolve the case.

IT IS SO STIPULATED.

|  |  |
|---|---|
|  | MISSION LAW FIRM, A.P.C. |
| Dated: July 12, 2018 | /s/Zachary M. Best |
|  | Zachary M. Best, Attorney for Plaintiff Jose Acosta |
|  |  |
| Dated: July 12, 2018 | /s/Bruce A. Neilson |
|  | Bruce A. Neilson, Attorney for Defendants, Armando Sanchez, Gary Agazarian and Susan Agazarian |

### **ORDER**

The Court, having reviewed the parties' above "Stipulation for Continuance of Mandatory Scheduling Conference" (Doc. 8), and for good cause shown, hereby **ORDERS** that the Mandatory Scheduling Conference currently set for July 19, 2018 is continued to August 21, 2018, at 10:15 a.m. in Courtroom 7, before Magistrate Judge Sheila K. Oberto. The parties are to file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated: **July 13, 2018**        /s/ *Sheila K. Oberto*
                            UNITED STATES MAGISTRATE JUDGE