1 **Bruce A. Neilson #096952**
**7108 N. Fresno St. #410**
2 **Fresno, California 93720**
**Telephone (559) 432-9831**
3 **Facsimile (559) 432-1837**

4 **Attorney for Defendants**
 Armando Sanchez, Gary Agazarian and
5 Susan Agazarian

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \*

| | |
|---|---|
| JOSE ACOSTA, | CASE NO. 1:18-cv-00459-AWI-SKO |
| Plaintiff, | STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER |
| vs. | (Doc. 11) |
| ARMANDO SANCHEZ dba ECONOMY MUFFLERS; GARY AGAZARIAN, Trustee under the GARY AGAZARIAN AND SUSAN AGAZARIAN REVOCABLE LIVING TRUST AGREEMENT dated September 1, 1999; SUSAN AGAZARIAN, Trustee under the GARY AGAZARIAN AND SUSAN AGAZARIAN REVOCABLE LIVING TRUST AGREEMENT dated September 1, 1999, | |
| Defendants. | |

WHEREAS, a Mandatory Scheduling Conference in this matter is set 8/21/2018 at 10:15 AM in Courtroom 7 before Magistrate Judge Sheila K. Oberto (Dkt. 3);

WHEREAS, Defendants have filed their answer to the complaint in this matter. (Dkt. 7), and a continuance of the Mandatory Scheduling Conference was granted to August 21, 2018 (Dkt 8); however due to parties and attorneys being out of town during the past month, the settlement has not been finalized. The parties believe the matter can be settled if a continuance is allowed to enable more settlement discussion without incurring the cost of preparing for and attending the scheduling conference, and to conserve the Court's resources.

NOW, THEREFORE, Plaintiff Jose Acosta and Defendants Armando Sanchez, Gary Agazarian and Susan Agazarian, by and through their respective counsel, stipulate to a continuance of the Mandatory Scheduling Conference currently set for August 21, 2018 to a date at the Court's convenience on or after September 25, 2018, to allow time for the parties to resolve the case.

IT IS SO STIPULATED.

MISSION LAW FIRM, A.P.C.

Dated August 14, 2018                    /s/Zachary M. Best
Zachary M. Best, Attorney for Plaintiff Jose Acosta

Dated: August 14, 2018                    /s/Bruce A. Neilson
Bruce A. Neilson, Attorney for Defendants, Armando Sanchez, Gary Agazarian and Susan Agazarian

**ORDER**

The parties having so stipulated (Doc. 11) and good cause appearing, IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for August 21, 2018, is **CONTINUED to October 23, 2018, at 10:15 a.m. in Courtroom 7, before Magistrate Judge Sheila K. Oberto**. The parties are to file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated:   **August 15, 2018**                    /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE