Zachary M. Best, SBN 166035
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@moorelawfirm.com

Attorneys for Plaintiff,
Jose Trujillo

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>   Plaintiff,<br><br>vs.<br><br>ARMANDO SANCHEZ, et al.,<br><br>   Defendants. | No. 1:18-cv-00459-AWI-SKO<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER**<br><br>**(Doc. 24)** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Jose Acosta ("Plaintiff"), and Defendants, Armando Sanchez dba Economy Mufflers; Gary Agazarian, Trustee under the Gary Agazarian and Susan Agazarian Revocable Living Trust Agreement dated September 1, 1999; and Susan Agazarian, Trustee under the Gary Agazarian and Susan Agazarian Revocable Living Trust Agreement dated September 1, 1999 (collectively "Defendants," and together with Plaintiff, the "Parties"), the parties hereto, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A." This amendment will not modify any date or deadline fixed by the Court's Scheduling Order dated April 20, 2019 (ECF Doc. 23) pursuant to Fed. R. Civ. P. 16(b)(4), and is not prejudicial to Defendants, the product of undue delay, proposed in bad faith, or futile.

**IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants'

response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO STIPULATED**.

Dated:  May 8, 2019               MOORE LAW FIRM, P.C.


                                  <u>/s/ Zachary M. Best</u>
                                  Zachary M. Best
                                  Attorney for Plaintiff,
                                  Jose Acosta


Dated:  May 8, 2019               <u>/s/ Bruce A. Neilson</u>
                                  Gary R. Basham
                                  Bruce A. Neilson
                                  Attorney for Defendants,
                                  Armando Sanchez dba Economy Mufflers; Gary
                                  Agazarian, Trustee under the Gary Agazarian and
                                  Susan Agazarian Revocable Living Trust
                                  Agreement dated September 1, 1999; and Susan
                                  Agazarian, Trustee under the Gary Agazarian and
                                  Susan Agazarian Revocable Living Trust
                                  Agreement dated September 1, 1999

### **ORDER**

Pursuant to the parties' above stipulation (Doc. 24), **IT IS HEREBY ORDERED** that Plaintiff shall file his First Amended Complaint, a copy of which was attached to the stipulation (Doc. 24, Ex. A), within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

IT IS SO ORDERED.

Dated:  **May 9, 2019**                         /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE