UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>               Plaintiff,<br><br>    v.<br><br>ARMANDO SANCHEZ dba ECONOMY MUFFLERS, et al.<br><br>               Defendants. | No. 1:18-cv-00459-AWI-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 37) |

On November 22, 2019, Plaintiff filed a joint stipulation dismissing the action with prejudice. (Doc. 37.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 25, 2019**           /s/ *Sheila K. Oberto*        
                                                                     UNITED STATES MAGISTRATE JUDGE